# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

In Re: §
 §
CONVERSION KINGS LIMITED § Case No. 2:24-bk-00657-MCW
LIABILITYCOMPANY §
 §
 §
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID M. REAVES, TRUSTEE , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 202,000.00          Assets Exempt: 0.00
(Without deducting any secured claims)

Total Distributions to Claimants: 9,071.26          Claims Discharged
                                                     Without Payment: 5,090,839.32

Total Expenses of Administration: 19,262.89

3) Total gross receipts of $28,334.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $28,334.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,775.16 | 3,775.16 | 3,775.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 15,487.73 | 15,487.73 | 15,487.73 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 79,910.58 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,020,000.00 | 5,020,000.00 | 9,071.26 |
| **TOTAL DISBURSEMENTS** | $79,910.58 | $5,039,262.89 | $5,039,262.89 | $28,334.15 |

4) This case was originally filed under chapter 7 on 01/29/2024. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2025      By:/s/DAVID M. REAVES, TRUSTEE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 8,330.00 |
| PREFERENCE RECOVERY | 1141-000 | 20,000.00 |
| PAYROLL CREDIT | 1229-000 | 4.15 |
| TOTAL GROSS RECEIPTS | | $28,334.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $NA | $NA | $NA | $NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID M. REAVES | 2100-000 | NA | 3,583.42 | 3,583.42 | 3,583.42 |
| DAVID M. REAVES | 2200-000 | NA | 46.24 | 46.24 | 46.24 |
| Axos Bank | 2600-000 | NA | 145.50 | 145.50 | 145.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $3,775.16 | $3,775.16 | $3,775.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) : REAVES LAW GROUP | 6110-000 | NA | 15,465.00 | 15,465.00 | 15,465.00 |
| Attorney for Trustee Expenses (Trustee Firm) : REAVES LAW GROUP | 6120-000 | NA | 22.73 | 22.73 | 22.73 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $15,487.73 | $15,487.73 | $15,487.73 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert Doane | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP, Inc. | | 150.28 | NA | NA | 0.00 |
| | Iconic Results | | 56,340.00 | NA | NA | 0.00 |
| | Salesgen, Inc | | 10,525.30 | NA | NA | 0.00 |
| | Towns Law Firm, P.C | | 12,895.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $79,910.58 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 20,000.00 | 20,000.00 | 36.14 |
| 1 | SAMUEL KATZ and UNIDENTIFIED CLASS MEMBERS | 7100-000 | 0.00 | 5,000,000.00 | 5,000,000.00 | 9,035.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $5,020,000.00 | $5,020,000.00 | $9,071.26 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 24-00657    MCW    Judge: Madeleine C. Wanslee | Trustee Name: | DAVID M. REAVES, TRUSTEE |
| Case Name: | CONVERSION KINGS LIMITED LIABILITYCOMPANY | Date Filed (f) or Converted (c): | 01/29/2024 (f) |
| | | 341(a) Meeting Date: | 03/04/2024 |
| For Period Ending: | 04/16/2025 | Claims Bar Date: | 07/17/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Accounts Receivable | 200,000.00 | 0.00 | | 0.00 | FA |
| 2.  Office furniture, fixtures, and equipment; and collectibles | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  Potential successor liability claim against Titan Mutual Lending, Inc | Unknown | 0.00 | | 0.00 | FA |
| 4.  Accounts Receivable  (u) | 8,300.00 | 8,330.00 | | 8,330.00 | FA |
| 5.  Professional Liability Errors & Omissions Policy with HISCOX Insurance Company (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6.  PAYROLL CREDIT  (u) | 0.00 | 4.15 | | 4.15 | FA |
| 7.  PREFERENCE RECOVERY  (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $230,300.00          $28,334.15                    $28,334.15          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/4/24- TFR filed with the court.

RE PROP #      1  --  Owing by Titan Mutual Lending.
                                   Debtor claims this should be collectible.
                                   Complaint prepared.
                                   Not collectible.

RE PROP #      2  --  Debtor vacated premises, left property with landlord.
                                   Value not sufficient to pursue.

RE PROP #      3  --  Complaint prepared.

RE PROP #      4  --  Schedules amended to added asset at Docket #16.

RE PROP #      5  --  Schedules amended to added asset at Docket #16.
                                   Policy is no longer in effect.
                                   Investigating whether claims may still be made against policy.

RE PROP #      7  --  American Express preference recovery.

Initial Projected Date of Final Report (TFR): 03/01/2025        Current Projected Date of Final Report (TFR): 03/01/2025

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 24-00657

Case Name: CONVERSION KINGS LIMITED LIABILITYCOMPANY

Trustee Name: DAVID M. REAVES, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX6311

Checking

Taxpayer ID No: XX-XXX0670

For Period Ending: 04/16/2025

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/24 | 4 | LOANDEPOT.COM, LLC | RECEIVABLE | 1121-000 | $8,330.00 | | $8,330.00 |
| 04/12/24 | 6 | AUTOMATIC DATA PROCESSING | PAYROLL CREDIT | 1229-000 | $4.15 | | $8,334.15 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.20 | $8,324.95 |
| 06/26/24 | 7 | AMERICAN EXPRESS | PREFERENCE RECOVERY | 1141-000 | $20,000.00 | | $28,324.95 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.46 | $28,312.49 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.26 | $28,281.23 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.23 | $28,250.00 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.19 | $28,219.81 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.16 | $28,188.65 |
| 11/14/24 | 4001 | REAVES LAW GROUP 7310 N. 16TH ST., STE. 227 PHOENIX, AZ 85020 | Attorney for Trustee Fees & Expenses | | | $15,487.73 | $12,700.92 |
| | | REAVES LAW GROUP | ($15,465.00) | 6110-000 | | | |
| | | REAVES LAW GROUP | ($22.73) | 6120-000 | | | |
| 01/16/25 | 4002 | DAVID M. REAVES PO BOX 44320 PHOENIX, AZ 85064-4320 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $3,583.42 | $9,117.50 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00657

Case Name: CONVERSION KINGS LIMITED LIABILITYCOMPANY

Taxpayer ID No: XX-XXX0670

For Period Ending: 04/16/2025

Trustee Name: DAVID M. REAVES, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX6311

Checking

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/16/25 | 4003 | DAVID M. REAVES<br>PO BOX 44320<br>PHOENIX, AZ 85064-4320 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2200-000 | | $46.24 | $9,071.26 |
| 01/16/25 | 4004 | SAMUEL KATZ and UNIDENTIFIED CLASS MEMBERS<br>PARONICH LAW PC<br>350 LINCOLN ST., SUITE 2400<br>HINGHAM, MA 02043 | Final distribution to claim 1 creditor account # representing a payment of 0.18% per court order. | 7100-000 | | $9,035.12 | $36.14 |
| 01/16/25 | 4005 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Acct. no. 1003 | 7100-000 | | $36.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,334.15 | $28,334.15 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,334.15 | $28,334.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,334.15 | $28,334.15 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6311 - Checking | $28,334.15 | $28,334.15 | $0.00 |
|  | $28,334.15 | $28,334.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $28,334.15 |
| Total Gross Receipts: | $28,334.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

$0.00    $0.00